UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

REBEKAH BOUT,

    Plaintiff,        Case No. 1:09cv45

v.                Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 19, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 19, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                /s/ Robert J. Jonker
               ROBERT J. JONKER
               UNITED STATES DISTRICT JUDGE

DATED: February 11, 2010.